**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alejandro Rentas** | Social Security number or ITIN  **xxx–xx–0002** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ruth D. Rentas** | Social Security number or ITIN  **xxx–xx–9770** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | Date case filed for chapter  **7   9/19/19** |
| Case number:  **19–26511** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alejandro Rentas | Ruth D. Rentas |
| 2. | **All other names used in the last 8 years** | aka Alejandro R. Rentas, aka Alejandro Rentas Cedeno, ... | aka Ruth Delia Rentas, aka Ruth D. Rentasalverio, ... |
| 3. | **Address** | 2414 West Martindale Drive<br>Westchester, IL 60154 | 2414 West Martindale Drive<br>Westchester, IL 60154 |
| 4. | **Debtor's attorney**<br>Name and address | Martin J O'Hearn<br>Law Offices Of Martin J O'Hearn<br>10047 S Western Ave<br>Chicago, IL 60643 | Contact phone 773 238–4400<br>Email:  martinohearnlaw@sbcglobal.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew J Maxwell ESQ<br>Maxwell Law Group LLC.<br>3010 N. California Ave.<br>chicago, il 60618 | Contact phone 312 368–1138<br>Email: maxwelllawchicago@yahoo.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 9/20/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 20, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/21/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 19-26511-DRC
Alejandro Rentas                                                      Chapter 7
Ruth D. Rentas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 1              Date Rcvd: Sep 20, 2019
                              Form ID: 309A             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db/jdb         +Alejandro Rentas,    Ruth D. Rentas,    2414 West Martindale Drive,    Westchester, IL 60154-4922
28213756        Cook County Health & Hosp,    15900 South Cicero,    Oak Forest, IL 60452
28213750       +HSBC USA,    C/O Freedman Anselmo Lindberg,    1771 W. Diehl, #150,    Naperville, IL 60563-4947
28213747       +Homecoming Finance,    POB 890036,    Dallas, TX 75389-0036
28213751       +Peoples Home Equity,    via Accurate Financial,    394 W. Main St, B-17, POB 347,
                 Hendersonville, TN 37075-3387
28213749       +Spirit Airlines,    2800 Executive Way,    Miramar, FL 33025-6542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: martinohearnlaw@sbcglobal.net Sep 21 2019 01:26:45      Martin J O'Hearn,
                 Law Offices Of Martin J  O'Hearn,    10047 S Western Ave,    Chicago, IL  60643
tr             +E-mail/Text: amaxwell@iq7technology.com Sep 21 2019 01:27:01      Andrew J Maxwell, ESQ,
                 Maxwell Law Group LLC.,    3010 N. California Ave.,    chicago, il 60618-7090
28213746        EDI: BANKAMER.COM Sep 21 2019 05:08:00      Bank of America,    POB 982238,
                 El Paso, TX 79998-2235
28213757       +E-mail/Text: bankruptcy@fncbinc.com Sep 21 2019 01:26:57      Bk of Amer./FIA Card/LVNV,
                 c/o First National Collection,    50 W Liberty Street, #250,    Reno, NV 89501-1973
28213748       +EDI: CITICORP.COM Sep 21 2019 05:08:00      Citibank,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
28213752       +EDI: WFNNB.COM Sep 21 2019 05:08:00      Comenity Bank/Westgate,    PO Box 182789,
                 Columbus, OH 43218-2789
28213754       +E-mail/Text: bncnotices@becket-lee.com Sep 21 2019 01:27:43      Kohls Dept Store,    PO Box 3115,
                 Milwaukee, WI 53201-3115
28213755       +EDI: NAVIENTFKASMSERV.COM Sep 21 2019 05:08:00      Navient,    123 Justison Street 3rd Floor,
                 Wilmington, DE 19801-5363
28213753        E-mail/Text: cbellamy@unitedcreditunion.com Sep 21 2019 01:29:29      United Credit Union,
                 4444 South Pulaski Road,    Chicago, IL 60632-4011
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@iq7technology.com;trustee@maxwellandpotts.com;marchfirst_trustee@hotmail.com
              Martin J O'Hearn    on behalf of Debtor 1 Alejandro  Rentas martinohearnlaw@sbcglobal.net
              Martin J O'Hearn    on behalf of Debtor 2 Ruth D. Rentas martinohearnlaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4